FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE HERNANDEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PASCO SCHOOL DISTRICT NO. 1, a municipal school district; and MICHELLE WHITNEY, an individual, and her marital community,<br><br>    Defendants. | No. 4:23-CV-05146-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Notice of Dismissal With Prejudice, ECF No. 27. Plaintiff is represented by Jay Free, Heather Barden, and Beth Bloom. Defendants are represented by Emma Gillespie, Naomi Ahsan, and Ronald Boy. The notice was considered without oral argument.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly request the Court dismiss this matter with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Notice of Dismissal With Prejudice, ECF No. 27, is **GRANTED**.

//

//

**ORDER OF DISMISSAL** ~ 1

2. The above-captioned case is **DISMISSED with prejudice** and with each party bearing their own costs and attorneys fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** ~ 2